BACHE & CO., PLAINTIFF-RESPONDENT, v. GENERAL IN-STRUMENT CORPORATION, DEFENDANT-PETITIONER.

See same case below: 74 *N. J. Super.* 92.

*Messrs. Bleakly, Stockwell & Zink* and *Mr. John A. Fratto* for the petitioner.

*Messrs. Evoy & Feinberg* for the respondent.

June 29, 1962. Denied.

TOWNSHIP OF HAINESPORT, PLAINTIFF-RESPONDENT, v. FRANK E. MORRIS, DEFENDANT-PETITIONER.

*Mr. Frank E. Morris, in propria persona,* petitioner.

*Messrs. Parker, McCay & Criscuolo* for the respondent.

June 29, 1962. Denied.